# Order

Michigan Supreme Court
Lansing, Michigan

August 3, 2021

162001

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 162001
                                     COA: 346378
                                     Berrien CC: 2017-004860-FC

WILLIE DEANDRE HASSEL,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the July 23, 2020 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Poole* (Docket No. 161529) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

t0726

August 3, 2021



Clerk